IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE J. WEBER, | ) |
|                Plaintiff, | ) Civil Action No. 20 – 595 |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| SUPT. WARDEN ORLANDO HARPER, *et al.*, | ) |
|                Defendants. | ) |

**ORDER**

Plaintiff has filed a Notice of Withdrawal of Action indicating that he wishes to voluntarily withdraw this case.[1] (ECF No. 10.) Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS FURTHER ORDERED** the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Dated: July 8, 2020.

Lisa Pupo Lenihan
United States Magistrate Judge

---

[1] Plaintiff asks for information as to whether any part of the filing fee has been withdrawn from his inmate account. Because Plaintiff did not sign the notice to authorize payments, but instead signed the notice to voluntarily withdraw this case, no portion of the filing fee has been, or will be, withdrawn from his inmate account.

1

Cc:    Dale J. Weber
41077
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA  15219

Counsel of Record
(Via CM/ECF electronic mail)